# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings LLC

                        Plaintiff,

v.                                                 Case No.: 1:12–cv–04236
                                                       Honorable Gary Feinerman

Jason Hawk

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2012:

      MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 11/28/2012 at 9:00 a.m. For the reasons stated in open court, Plaintiff's motion for default judgment [15] is denied without prejudice.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.